## ROEDLER v. STATE.
### No. 25172.

Court of Criminal Appeals of Texas.

Feb. 28, 1951.

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Charged by complaint and information with the offense of unlawfully, while under the influence of intoxicating liquor, operating a motor vehicle, appellant was con-

victed and assessed punishment at ten days in jail.

No bills of exception appear in the record.

The facts support the conviction.

The judgment is affirmed.

Opinion approved by the Court.

## HARNED v. STATE.
### No. 25173.

Court of Criminal Appeals of Texas.

Feb. 28, 1951.

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

The appeal is from a conviction for the offense of driving a motor vehicle upon a public road while intoxicated, the punishment having been assessed at a fine of $50.

There are no bills of exception and no statement of facts, and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.